THE OKLAHOMAN                                                                 Subscribe    Sign in

### BROKEN TRUST

# Every inmate who died at the Oklahoma County Jail since the Trust took over

**David Dishman** Oklahoman
Published 5:01 AM CDT May. 14, 2023 | Updated 6:19 PM CDT May. 15, 2023

**The Oklahoma County jail is one of the deadliest in the country. Here are the names of all inmates who died since July 1, 2020.**

T he troubled Oklahoma County jail was placed under the supervision of a board of trustees on July 1, 2020, by county commissioners.

The decision was made in response to frustrations with how the facility was run by the sheriff's office, with complaints coming from both elected officials and the public at large. There was a belief that under the Trust, conditions for inmates would improve.

But in the time since, the jail became one of the deadliest large jails in America. There have been more than 40 inmates die at the facility under the Trust's control.

**More:** Commissioner: New jail to be 'night and day' improvement from current jail's problems

Most were never convicted of the crimes they had been charged.

Many never got a trial.

The following is a list of the individuals who have died while incarcerated at the Oklahoma County Jail.

| NAME | CAUSE OF DEATH | AGE | DATE OF DEATH |
|---|---|---|---|
| Clarence Steven Murrell | COVID | 64 | Aug. 4, 2020 |
| Roosevelt Larry Knox | COVID | 65 | Aug. 19, 2020 |
| Stormy Ray Weant | Suicide | 33 | Nov. 3, 2020 |
| Juan Carlos Marquez | Unknown | 35 | Dec. 20, 2020 |
| Roderick Earl Thompson | Illness | 50 | Dec. 24, 2020 |
| Brad Leon Lane | Homicide | 40 | Jan. 2, 2021 |
| Michael Williams | Illness | 59 | Jan. 5, 2021 |
| Eddie Dewayne Hollins | Illness | 47 | Jan. 22, 2021 |
| Parker James Stephens | Suicide | 21 | Feb. 3, 2021 |
| Curtis Montrell Williams | Homicide | 34 | March 27, 2021 |
| Christa Sullivan | Unknown | 65 | April 13, 2021 |
| Lee Alexander Chouteau | Drug Toxicity | 31 | June 24, 2021 |
| Jimmy Dean Bedford | COVID | 54 | Aug. 10, 2021 |

| NAME | CAUSE OF DEATH | AGE | DATE OF DEATH |
| --- | --- | --- | --- |
| Gregory Neil Davis | Illness | 53 | Aug. 12, 2021 |
| Willie Joe Peevy | Illness | 54 | Aug. 18, 2021 |
| Paul Wayne Sanders Jr. | COVID | 62 | Aug. 27, 2021 |
| Leo Alexander Destea | COVID | 61 | Sep. 14, 2021 |
| Craig Alan Weeks | Suicide | 58 | Oct. 29, 2021 |
| Lucas Efren Gonzales | Drug Toxicity | 27 | Dec. 13, 2021 |
| Jimmy Dewayne Lube | Illness | 50 | Dec. 22, 2021 |
| Gabriel Yalartai | Suicide | 40 | Dec. 26, 2021 |
| Austin Blaine Bishop | Drug Toxicity | 30 | Jan. 12, 2022 |
| Winfred Donnell Lowe | Illness | 57 | Jan. 17, 2022 |
| Kyle Steven Shaw | Drug Toxicity | 36 | Feb. 13, 2022 |
| Andrew Avelar | Suicide | 27 | Feb. 26, 2022 |
| Charles Raymond Moore | Drug Toxicity | 48 | March 11, 2022 |
| Dustin Levi Revas | Drug Toxicity | 26 | March 28, 2022 |
| Eddie Garcia | Drug Toxicity | 25 | May 13, 2022 |
| Christopher Ervin Kliewer | Suicide | 60 | June 9, 2022 |
| Melvin Buncalan Loveless | Suicide | 44 | June 22, 2022 |
| Corey James McMichael | Illness | 47 | July 2, 2022 |
| Shawn Michael Slavens | Homicide | 46 | July 11, 2022 |
| Robert Dale Richards | Illness | 50 | July 31, 2022 |
| Danny Paulin | Suicide | 52 | Aug. 19, 2022 |
| John Basco | Drug toxicity | 48 | Sept. 11, 2022 |
| Renee Houston | Illness | 57 | Nov. 19, 2022 |
| Luis Alberto Gonzalez | Illness | 39 | Dec. 21, 2022 |
| Isiah Mitchell | Suicide | 26 | Jan. 30, 2023 |
| Kenneth J. Parrott | Illness | 69 | Feb. 27, 2023 |
| Dina Kirven | Not determined | 26 | April 8, 2023 |
| Courtenay Jean Doyle | Not determined | 37 | April 21, 2023 |
| Frank Ramirez | Not determined | 37 | April 22, 2023 |
| Amber Owens | Not determined | 40 | April 24, 2023 |

## More in the series