## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HARMON D. YALARTAI, as Personal Representative of the Estate of GABRIEL YALARTAI, Deceased, <br><br>         Plaintiff, <br><br> v. <br><br> JESSE KIGHT, Individually and in his official capacity; OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY; BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF OKLAHOMA, <br><br>         Defendants. | Case No.: CIV-23-1181-HE |

## PLAINTIFF'S EXPERT WITNESS LIST

Plaintiff Harmon D. Yalartai, as Personal Representative of the Estate of Gabriel Yalartai, deceased, submits the following Expert Witness List pursuant to the Court's Scheduling Order [Doc. 28]:

| | WITNESS/ADDRESS | PROPOSED TESTIMONY |
|---|---|---|
| 1. | Scott A. Defoe <br> P.O. Box 4456 <br> Huntington Beach, CA 92604-4456 | Mr. Defoe will testify as an expert regarding the incarceration and monitoring of Gabriel Yalartai; standards of care and violations; additional topics as outlined in Mr. Defoe's produced report dated June 12, 2025. |

Respectfully submitted,

*T. Luke Abel*

T. Luke Abel, OBA No. 21094
ABEL LAW FIRM
900 N.E. 63rd St.
Oklahoma City, Oklahoma 73105
Telephone: (405) 239-7046
Facsimile: (405) 418-0833
label@abellawfirm.com
-and-
Nick Larby, OBA No. 21734
LARBY & ASSOCIATES
9140 S. Braden Ave., Suite E
Tulsa, Oklahoma 74137
Telephone: (918) 796-5780
Facsimile: (918) 514-6178
nick@tulsalegalfirm.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on the 16th day of June 2025 on the following person, who is a registered participant of the ECF case filing system:

Carri A. Remillard
ASSISTANT DISTRICT ATTORNEY
211 N. Robinson, Suite 700 N
Oklahoma City, OK 73102
Phone: (405) 713-1600 Fax: (405) 713-1749
carri.remillard@oklahomacounty.org
**Attorney for Defendants**

*T. Luke Abel*