## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HARMON D. YALARTAI, as Personal Representative of the Estate of GABRIEL YALARTAI, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: CIV-23-1181-HE |
| JESSE KIGHT, Individually and in his official capacity; OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY; BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF OKLAHOMA, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### JOINT MOTION OF PARTIES TO
### EXTEND REMAINING SCHEDULING ORDER DEADLINES

Plaintiff, Harmon Yalartai, as Personal Representative of the Estate of Gabriel Yalartai, Deceased ("Plaintiff"), and Defendants, Oklahoma County Criminal Justice Authority, and Board of County Commissioners for the County of Oklahoma ("Defendants"), in accordance with Federal Rule of Civil Procedure 16(b)(4) and LCvR 6.3 and 7.1(j), move the Court to extend all unexpired deadlines contained in the Scheduling Order by ninety (90) days. In support, and for good cause, the parties submit the following:

1. This Motion relates to all non-expired deadlines in the current Scheduling Order, the most pressing of which are Plaintiff's deadline to file his final witness and exhibit

list by July 1, 2025, and Defendants' deadline to file a final witness and exhibit list on the same date.

2. Due to the complexity of the case and the availability of witnesses (the majority of whom are no longer employed by the County Trust), the parties have been required to subpoena witnesses for depositions and coordinate schedules around witness availability.

3. The parties are also identifying additional witnesses through the discovery process, and additional time is needed to adequately prepare counsel for trial.

4. The parties have worked diligently and have cooperated in discovery thus far, and paper discovery has been issued by all parties. Additionally, thousands of pages of responsive documents have been produced in discovery, which has required counsel to consume additional time to fully investigate the case and prepare adequately for depositions.

5. Furthermore, multiple depositions have already taken place in this matter, including the deposition of Plaintiff and current and/or former Detention Center employees.

6. Plaintiff has also already made expert disclosures in accordance with the Court's Scheduling Order, and a preliminary report has already been produced to Defendants' counsel.

7. As such, the parties believe they are working diligently to move this matter to resolution, and no unreasonable delay is taking place in this case.

8. No prior extension of deadlines has been sought by the parties, and, if the relief requested herein is granted, no further need for extension is expected.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the remaining Scheduling Order deadlines for ninety (90) days.

Respectfully submitted,

 s/*T. Luke Abel*
T. Luke Abel, OBA No. 21094
ABEL LAW FIRM
900 N.E. 63rd St.
Oklahoma City, Oklahoma 73105
Telephone: (405) 239-7046
Facsimile: (405) 418-0833
label@abellawfirm.com
-and-
Nick Larby, OBA No. 21734
LARBY & ASSOCIATES
9140 S. Braden Ave., Suite E
Tulsa, Oklahoma 74137
Telephone: (918) 796-5780
Facsimile: (918) 514-6178
nick@tulsalegalfirm.com
**ATTORNEYS FOR PLAINTIFF**

s/Carri A. Remillard
Carri A. Remillard, OBA #21539
ASSISTANT DISTRICT ATTORNEY
211 N. Robinson, Suite 700 N
Oklahoma City, OK 73102
Phone: (405) 713-1600
Fax: (405) 713-1749
carri.remillard@oklahomacounty.org
**ATTORNEY FOR DEFENDANTS**

3

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing document was served on the following person, who is a registered participant of the ECF case filing system:

Carri A. Remillard, OBA #21539
ASSISTANT DISTRICT ATTORNEY
211 N. Robinson, Suite 700 N
Oklahoma City, OK 73102
Phone: (405) 713-1600
Fax: (405) 713-1749
carri.remillard@oklahomacounty.org
**ATTORNEY FOR DEFENDANTS**

*T. Luke Abel* _____