UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HARMON D. YALARTAI, as Personal Representative of the Estate of GABRIEL YALARTAI, deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: CIV-23-1181-HE |
| JESSE KIGHT, Individually and in his official capacity; OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY; BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF OKLAHOMA, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **PLAINTIFF'S FINAL WITNESS LIST**

Plaintiff Harmon D. Yalartai, as Personal Representative of the Estate of Gabriel Yalartai, Deceased, submits the following Final Witness List pursuant to the Court's Revised Scheduling Order [Doc. 32]:

| | WITNESS/ADDRESS | PROPOSED TESTIMONY |
|---|---|---|
| 1 | Harmon D. Yalartai<br>c/o Abel Law Firm<br>900 N.E. 63rd Street<br>Oklahoma City, OK 73105 | Deposed |
| 2 | Avante Gabriel Yalartai<br>c/o Abel Law Firm<br>900 N.E. 63rd Street<br>Oklahoma City, OK 73105 | Damages |
| 3 | Adosha Sutton<br>c/o Abel Law Firm<br>900 N.E. 63rd Street<br>Oklahoma City, OK 73105 | Damages |
| 4 | Ma Lucky Yalartai | Damages |

|    |                                                                                        |                                                                                                                                                                                                       |
|----|----------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | c/o Abel Law Firm<br>900 N.E. 63rd Street<br>Oklahoma City, OK 73105                   |                                                                                                                                                                                                       |
| 5  | Welma Yalartai<br>c/o Abel Law Firm<br>900 N.E. 63rd Street<br>Oklahoma City, OK 73105 | Damages                                                                                                                                                                                               |
| 6  | Bennett Yalartai<br>c/o Abel Law Firm<br>900 N.E. 63rd Street<br>Oklahoma City, OK 73105 | Damages                                                                                                                                                                                             |
| 7  | Sandra Pemberton<br>c/o Abel Law Firm<br>900 N.E. 63rd Street<br>Oklahoma City, OK 73105 | Damages                                                                                                                                                                                             |
| 8  | Jesse Kight<br>12520 Choctaw Wood Circle<br>Choctaw, OK 73020                          | Former detention officer at the Oklahoma County Detention Center; to be deposed                                                                                                                       |
| 9  | Employees of the Oklahoma County Detention Center                                      | Facts and circumstances surrounding the subject incident; policies and procedures                                                                                                                     |
| 10 | Employees of the Oklahoma County Sheriff's Department                                  | Facts and circumstances surrounding the subject incident; policies and procedures                                                                                                                     |
| 11 | Leonardo Roquero, M.D.<br>Office of the Chief Medical Examiner<br>921 N.E. 23rd St.<br>Oklahoma City, OKI 73105 | Autopsy and cause of Gabriel Yalartai's death.                                                                                                                                       |
| 12 | Tommie Johnson, III<br>Oklahoma County Sheriff                                         | Facts and circumstances surrounding the subject incident; policies, procedures, and deficiencies at the Oklahoma County Detention Center                                                              |
| 13 | David Prater                                                                           | Facts and circumstances surrounding the subject incident; policies, procedures, and deficiencies at the Oklahoma County Detention Center; investigation into the Oklahoma County Detention Center's operations |
| 14 | Daniel Lazar                                                                           | Deposed.                                                                                                                                                                                              |

|    |    |    |
|----|----|----|
|    | Oklahoma County Criminal Justice Authority<br>c/o Oklahoma County District Attorney's Office<br>211 N. Robinson, Suite 700 N<br>Oklahoma City, OK 73102 |    |
| 15 | Catherine Murphy<br>c/o Oklahoma County District Attorney's Office<br>211 N. Robinson, Suite 700 N<br>Oklahoma City, OK 73102 | Deposed. |
| 16 | Curtis Whittington<br>c/o Oklahoma County District Attorney's Office<br>211 N. Robinson, Suite 700 N<br>Oklahoma City, OK 73102 | Deposed |
| 17 | Dewey Locke-Leniger<br>c/o Oklahoma County District Attorney's Office<br>211 N. Robinson, Suite 700 N<br>Oklahoma City, OK 73102 | Deposed |
| 18 | Representative(s) of the Oklahoma Board of County Commissioners<br>c/o Oklahoma County District Attorney's Office<br>211 N. Robinson, Suite 700 N<br>Oklahoma City, OK 73102 | To be deposed; Administration of services in Oklahoma County including the Oklahoma County Detention Center; policy making authority to establish funding and/or oversight regarding the operations, maintenance and staffing of the Oklahoma County Detention Center |
| 19 | Representative(s) of the Oklahoma County Criminal Justice Authority<br>c/o Oklahoma County District Attorney's Office<br>211 N. Robinson, Suite 700 N<br>Oklahoma City, OK 73102 | To be deposed; Policies, procedures, practices and customs not limited to the training of detention officers; maintenance, staffing, policies and procedures at the Oklahoma County Detention Center |
| 20 | Representative(s) of the Oklahoma State Department of Health | Inspections and findings of the Oklahoma County Detention Center and similar incidents |
| 21 | Samina R. Christopher, Ph.D.<br>Oklahoma Forensic Center | Mental and physical condition of Gabriel Yalartai; evaluation of Gabriel Yalartai on August 9, 2021 |

| | | |
|---|---|---|
| 22 | G. Terry Felts, MA<br>Private Autopsy Service<br>2415 N. Walnut Ave<br>Oklahoma City, OK 73105 | Autopsy findings of Gabriel Yalartai |
| 23 | John Revel<br>Oklahoma City Police Department<br>700 Colcord Drive<br>Oklahoma City, OK 73102 | Arrest of Gabriel Yalartai and criminal investigation |
| 24 | William Dan<br>Oklahoma City Police Department<br>700 Colcord Drive<br>Oklahoma City, OK 73102 | Arrest, booking and criminal investigation of Gabriel Yalartai |
| 25 | David Vancuren<br>Oklahoma City Police Department<br>700 Colcord Drive<br>Oklahoma City, OK 73102 | Off duty witnessed the robbery involving Gabriel Yalartai |
| 26 | Brenda Pierce, RN<br>Turn Key Medical Clinics | Nursing care and treatment and resuscitation efforts of Gabriel Yalartai |
| 27 | Taneha Sheppard<br>Turn Key Health | Responded to the call for nurse and gurney related to Gabriel Yalartai |
| 28 | Troy Lake | Detention Officer. Facts and circumstances surrounding Gabriel Yalartai's incarceration and suicide |
| 29 | Tristan Redding-Wade | Detention Officer. Responded to the call for nurse and gurney |
| 30 | Gabriel Cuka, M.D., MBA<br>Turn Key Medical Clinics | Mental Health care and treatment |
| 31 | Maurice Murunga, MS, LPC<br>Red Rock Behavior Health Services | Evaluation of Gabriel Yalartai on August 20, 2020 |
| 32 | Aliya Rider, LPN<br>Turn Key Medical Clinics | Intake Screening on June 2, 2020 |
| 33 | Jami McHatton<br>Key Medical Clinics | Intake Screening on December 8, 2020 |
| 34 | Debra Hawkins<br>Key Medical Clinics | Nursing care and treatment on December 23, 2020 |
| 35 | Sandi Zoski, LPN<br>Key Medical Clinics | Nursing care and treatment |
| 36 | Deborah Chesser<br>Key Medical Clinics | Mental Health care and treatment |

| 37 | Randi Ric, MA, LPC<br>Key Medical Clinics, LLC | Mental Health care and treatment |
|---|---|---|
| 38 | Stephanie Williams, APRN-CNP<br>Key Medical Clinics, LLC | Nursing care and treatment |
| 39 | Ann Marie Passarella<br>Key Medical Clinics | Mental Health care and treatment |
| 40 | Michael Hanes, MAT, ATR-BCV-LPC-S<br>Key Medical Clinics | Mental Health care and treatment |
| 41 | Rebecca Cargill, LPN<br>Key Medical Clinics | Nursing care and treatment |
| 42 | Samantha Valencia<br>Key Medical Clinics | Mental Health care and treatment |
| 43 | Sanaria Okongor<br>Key Medical Clinics | Mental Health care and treatment |
| 44 | Diana Myles-Henderson<br>Key Medical Clinics | Mental Health care and treatment |
| 45 | Valentine Oparaku<br>Key Medical Clinics | Mental Health care and treatment |
| 46 | Kosheka Knight<br>Key Medical Clinics | Mental Health care and treatment |
| 47 | Dnaydavina James<br>Key Medical Clinics | Mental Health care and treatment |
| 48 | Mark Winchester, M.D.<br>Key Medical Clinics | Medical care and treatment |
| 49 | Scott DeFoe<br>P.O. Box 4456<br>Huntington Beach, CA 92604-4456 | Mr. Defoe will testify as an expert regarding the incarceration and monitoring of Gabriel Yalartai; standards of care and violations; additional topics as outlined in Mr. Defoe's produced report dated June 12, 2025 |
| 50 | Any medical provider necessary to authenticate records | |
| 51 | All witnesses identified through continuing investigation and discovery | |
| 52 | All witnesses listed by Defendants not objected to by Plaintiff | |
| 53 | Plaintiff reserves the right to amend and/or supplement this Witness List as discovery is ongoing. | |

Respectfully submitted,

*T. Luke Abel* _____
T. Luke Abel, OBA No. 21094
ABEL LAW FIRM
900 N.E. 63rd St.
Oklahoma City, Oklahoma 73105
Telephone: (405) 239-7046
Facsimile: (405) 418-0833
**label@abellawfirm.com**
-and-
Nick Larby, OBA No. 21734
LARBY & ASSOCIATES
9140 S. Braden Ave., Suite E
Tulsa, Oklahoma 74137
Telephone: (918) 796-5780
Facsimile: (918) 514-6178
**nick@tulsalegalfirm.com**
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on the following person, who is a registered participant of the ECF case filing system:

Carri A. Remillard, OBA #21539
ASSISTANT DISTRICT ATTORNEY
211 N. Robinson, Suite 700 N
Oklahoma City, OK 73102
Phone: (405) 713-1600 Fax: (405) 713-1749
**carri.remillard@oklahomacounty.org**
**ATTORNEY FOR DEFENDANTS**

*T. Luke Abel* _____