IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

HARMON D. YALARTAI, as Personal )
Representative of THE ESTATE OF )
GABRIEL YALARTAI, )
)
    Plaintiff, )
)
vs. )    Case No.   CIV-23-1181-HE
)
THE OKLAHOMA COUNTY )
CRIMINAL JUSTICE AUTHORITY, )
et al. )
)
    Defendants. )

## DEFENDANTS' FINAL LIST OF WTINESSES

Defendant Oklahoma County Criminal Justice Authority ("OCCJA") and Defendant Board of County Commissioners of Oklahoma County ("BOCC" or "Oklahoma County") endorse the following witnesses to testify at trial:

| No. | Name | Anticipated Testimony |
|---|---|---|
| 1. | John Revel #1738<br>Oklahoma City Police Dept<br>700 Colcord Dr.<br>Oklahoma City, OK 73102 | **WILL CALL**<br>Arrest of Gabriel Yalartai and criminal investigation. |
| 2. | William Dan #2250<br>Oklahoma City Police Dept.<br>700 Colcord Dr.<br>Oklahoma City, OK 73102 | **WILL CALL**<br>Arrest, booking, and criminal investigation of Gabriel Yalartai |
| 3. | Det. David Vancuren #1317 | **MAY CALL** |

| No. | Name | Anticipated Testimony |
|---|---|---|
|  | Oklahoma City Police Dept. 700 Colcord Dr. Oklahoma City, OK 73102 | Off duty witnessed of the robbery by involving Gabriel Yalartai |
| 4. | Harmon D. Yalartai c/o Luke Abel & Nick Larby | **WILL CALL** Deposed. Gabriel's mental health history. |
| 5. | Brenda Pierce, RN Turn Key Medical Clinics | **WILL CALL** Interactions, observations, nursing care and treatment, and resuscitation efforts involving Gabriel Yalartai. |
| 6. | Curtis Whittington c/o Carri A Remillard & Rod Heggy | **MAY CALL** Deposed. Investigation of the death of Gabriel Yalartai and the criminal investigation of Jesse Kight. |
| 7. | Lt. Catherine Murphy c/o Carri A Remillard & Rod Heggy | **WILL CALL** Deposed. Interactions with Gabriel Yalartai; facts and circumstances surrounding Gabriel's incarceration; facts and circumstances surrounding Jesse Kight's employment and criminal prosecution; jail policies, practices, customs, and procedures; jail operations; responsibilities and duties of jail detention staff. |
| 8. | Captain Adebola Atoki c/o Carri A Remillard & Rod Heggy | **MAY CALL** Jail policies, practices, customs, procedures, jail operations; responsibilities and duties of jail detention staff. |
| 9. | Greg Williams c/o Carri A. Remillard & Rod Heggy | **WILL CALL** Former Jail Administrator. Status of funding, staffing, and administrative conditions; OSDH investigations and reports; jail operations, jail policies, procedures, customs, and practices. |

Defendants' Final Witness List

| No. | Name | Anticipated Testimony |
|---|---|---|
| 10. | Gabriel Cuka,. MD, MBA<br>Turn Key Medical Clinics | **WILL CALL**<br>Interactions with Gabriel Yalartai, medical/mental health care and treatment provided, efforts to transfer Gabriel for inpatient mental health treatment, and the facts and circumstances surrounding Gabriel's suicide. |
| 11. | Captain Jamie McGuckin<br>c/o Carri A Remillard & Rod Heggy | **MAY CALL**<br>Jail policies, practices, customs, procedures, jail operations; responsibilities and duties of jail detention staff. |
| 12. | Daniel Lazar<br>c/o Carri A Remillard & Rod Heggy | **WILL CALL**<br>Deposed. Investigation of the death of Gabriel Yalartai and the criminal investigation of Jesse Kight |
| 13. | Samina R. Christopher, Ph.D.<br>Oklahoma Forensic Center | **WILL CALL**<br>Evaluation of Gabriel Yalartai on August 9, 2021. |
| 14. | Maurice Murunga, MS, LPC<br>Red Rock Behavior Health Services | **MAY CALL**<br>Evaluation of Gabriel Yalartai on August 20, 2020 |
| 15. | Oklahoma County Sheriff's Deputy Lt. Gene Bradley<br>c/o Carri A. Remillard & Rod Heggy | **MAY CALL.**<br>Former Assistant Jail Administrator, no personal knowledge of the incident. Facts and circumstances surrounding DOJ investigation, ACA accreditation, NCCHC accreditation, and ODHS investigations. |
| 16. | Oklahoma County Sheriff's Deputy Captain Scott Sedbrook | **MAY CALL.**<br>Former Assistant Jail Administrator, no personal knowledge of the incident. Facts and circumstances |

Defendants' Final Witness List

| No. | Name | Anticipated Testimony |
|---|---|---|
|  |  | surrounding DOJ investigation, ACA accreditation, NCCHC accreditation, and ODHS investigations |
| 17. | Deborah Chesser<br>Turn Key Medical Clinics | **MAY CALL**<br>Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 18. | Randi Rice, MA, LPC<br>Turn Key Medical Clinics | **MAY CALL**<br>Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 19. | Ann Marie Passarella<br>Turn Key Medical Clinics | **MAY CALL**<br>Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 20. | Michael Hanes, MAT,. ATR-BC-LPC-S<br>Turn Key Medical Clinics | **MAY CALL**<br>Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 21. | Samantha Valencia<br>Turn Key Medical Clinics | **WILL CALL**<br>Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 22. | Sanaria Okongor<br>Turn Key Medical Clinics | **WILL CALL**<br>Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 23. | Diana Myles-Henderson<br>Turn Key Medical Clinics | **MAY CALL**<br>Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 24. | Valentine Oparaku<br>Turn Key Medical Clinics | **WILL CALL**<br>Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 25. | Kosheka Knight | **WILL CALL** |

| No. | Name | Anticipated Testimony |
|---|---|---|
| | Turn Key Medical Clinics | Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 26. | James Dnaydavina<br>Turn Key Medical Clinics | **WILL CALL**<br>Interactions, observations, and mental health care and treatment provided to Gabriel Yalartai. |
| 27. | Mark Winchester, MD<br>Turn Key Medical Clinics | **WILL CALL**<br>Interactions with Gabriel Yalartai, medical/mental health care and treatment provided, and the facts and circumstances surrounding Gabriel's suicide. |
| 28. | Aria Memolo<br>Records Custodian<br>Oklahoma County Detention Center<br>c/o Carri Remillard and Rod Heggy | **WILL CALL**<br>Identification and authentication of records maintained at the Oklahoma County Detention Center. |
| 29. | Paul M. Adler, DO<br>OSS – Law Enforcement Advisors 19019 Candleview Dr.<br>Spring, Texas 77388 | **WILL CALL**<br>Dr. Alder is a retained medical expert in correctional health. See, Final Report by Paul M. Adler, DO dated October 15, 2025, for expected testimony. |
| 30. | Greg Futch<br>OSS – Law Enforcement Advisors 19018 Candleview Dr.<br>Spring, Texas 77388 | **WILL CALL**<br>Mr. Futch is a retained jail operations and procedures expert. See, Final Report by Greg Futch dated October 15, 2025, for expected testimony |

Defendants reserve the right to call any witness endorsed by Plaintiff, not otherwise objected to by Defendants.

Defendants' Final Witness List

Respectfully Submitted,

VICKI ZEMP BEHENNA
DISTRICT ATTORNEY

*/s/ Carri A. Remillard*
Aaron Etherington (OBA 18,259)
Rodney J. Heggy (OBA 4049)
Carri A. Remillard (OBA 21,539)
Assistant District Attorneys
LEADERSHIP SQUARE
211 N. Robinson, 700 N
Oklahoma City, OK 73102
Telephone: (405) 713-1600
Facsimile: (405) 235-1567
aaron.etherington@oklahomacounty.org
rod.heggy@oklahomacounty.org
carri.remillard@oklahomacounty.org
ATTORNEYS FOR DEFENDANT BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY and OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY

## CERTIFICATE OF DELIVERY OR MAILING

I hereby certify that on 15th day of October 2025, the foregoing was served, via email, to the following:

T. Luke Abel
Nick Larby
Attorneys for Plaintiff

*/s/Carri A. Remillard*